UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVERSIDE APARTMENTS LIMITED,

                Plaintiff,

-v-

HUNT COMPANIES INC., *ET AL.*,

                Defendants.

No. 16-cv-6875 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/17

RICHARD J. SULLIVAN, District Judge:

    For the reasons set forth on the record, Plaintiff shall submit an amended complaint no later than January 27, 2017. Defendants shall submit their proposed motion to dismiss no later than February 6, 2017; Plaintiff shall submit its response by March 8; and Defendants shall submit their reply no later than March 17, 2017.

SO ORDERED.

Dated:    January 20, 2017
           New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE