USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **4/27/17**

Sullivan, R.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RIVERSIDE APARTMENTS LIMITED,

Plaintiff,

v.

HUNT MORTGAGE GROUP, LLC, *et al.*,

Defendants.

Civil No. 16-cv-6875 (RJS)

Hon. Richard J. Sullivan

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Riverside Apartments Ltd. and Defendants Hunt Mortgage Group, LLC and Owen Breheny stipulate to the dismissal of all of Plaintiff's claims in this suit with prejudice, with each party to bear its own costs and attorneys fees.

Date: April 2, 2017

Respectfully submitted,

Thomas J. Connick
Connick Law, LLC
25550 Chagrin Blvd., Suite 101
Beachwood, Ohio 44122
PH: (216) 364-0512
FX: (216) 609-3446
tconnick@connicklaw.com

Jonathan R. Miller
4 Castle Lane
Tuan Olona LLP
Hopewell, NJ 08525
PH: (609) 955-1226
jmiller@tuanolona.com

*Counsel for Plaintiff*

_(signature)_  4/25/17

Bonnie Hochman Rothell, (admitted
  _pro hac vice_)
Daniel I. Prywes, (admitted _pro hac vice_)
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, N.W., Suite 600
Washington, DC  20005
PH:   (202) 408-5153
FX:   (202) 408-5146
bhrothell@mmmlaw.com
dprywes@mmmlaw.com

Simon R. Malko
MORRIS, MANNING & MARTIN, LLP
1600 Atlantic Center
3343 Peachtree Street, NE
Atlanta, GA  30326
PH:   (404) 495-3646
FX:   (404) 364-4576
smalko@mmmlaw.com

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 41 and to close this case.

_Counsel for Defendants Hunt Mortgage Group, LLC and Owen Breheny_

## SO ORDERED:

_(signature)_

U.S.D.J.

4/27/17

2